1 | Audra M. Mori, Bar No. 162850
AMori@perkinscoie.com

2 | Katherine M. Dugdale, Bar No. 168014
KDugdale@perkinscoie.com

3 | Jennifer N. Chiarelli, Bar No. 212253
JChiarelli@perkinscoie.com

**JS-6**

4

5 | PERKINS COIE LLP
1620 26th Street
Sixth Floor, South Tower

6 | Santa Monica, CA  90404-4013
Telephone:  310.788.9900

7 | Facsimile:  310.788.3399

8 | Attorneys for Plaintiff
MICROSOFT CORPORATION

9

10 | UNITED STATES DISTRICT COURT

11 | CENTRAL DISTRICT OF CALIFORNIA

12

13 | MICROSOFT CORPORATION, a
Washington corporation,

Case No. 08CV-06873 VBF (RCx)

14 | Plaintiff,

ORDER RE STIPULATION FOR
DISMISSAL WITH PREJUDICE

15

16 | v.

*Stipulation for Dismissal with Prejudice
filed concurrently herewith*

17 | CHANG JAE CHYUN a/k/a JOE
CHYUN, an individual, d/b/a CYGMA
COMPUTER SYSTEMS a/k/a

18 | UNLIMITED CELLULAR,

19 | Defendant.

20

21 |     Pursuant to the stipulation of the parties and good cause appearing therefore,

22 | Defendant Chang Jae Chyun a/k/a Joe Chyun, an individual, d/b/a Cygma

23 | Computer Systems a/k/a Unlimited Cellular ("Defendant") is hereby dismissed with

24 | prejudice from Plaintiff Microsoft Corporation's ("Microsoft") Complaint pursuant

25 | to Rule 41(a) of the Federal Rules of Civil Procedure, with each party to bear its

26 | own costs and attorneys' fees.

27

28

41826-5265/LEGAL16250812.1

1       This Court shall retain jurisdiction to enforce the Permanent Injunction

2   entered by this Court and the Settlement Agreement and Release between Microsoft

3   and Defendants.

4       The OSC re Dismissal set for June 1, 2009, is discharged and the hearing

5   vacated.

6

7       IT IS SO ORDERED.

8

9   Dated:  May  28, 2009

10          HON. VALERIE BAKER FAIRBANK

           United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28